UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-0643-JWH (AS) | Date | February 11, 2026 |
|-----|---------------------|------|-------------------|
| Title | *Albert Sandoval v. F. Guzman, Warden* | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**    SECOND ORDER TO SHOW CAUSE

On December 23, 2025, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute and for failure to comply with Court Orders. (Dkt. No. 22). Petitioner was required to respond by no later than January 13, 2026 by filing an opposition to Respondent's motion to dismiss and a Reply in support of Petitioner's motion for a Stay or by filing a declaration under penalty of perjury stating why he is unable to do so. (Id.).

To date, Petitioner has failed to respond to the Court's Order, request an extension of time to do so, or otherwise communicate with the Court.

Accordingly, the Court issues a **Second and Final ORDER TO SHOW CAUSE** why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner's response is due within **twenty-one (21) days** of the date of this Order (by no later than **March 4, 2026**). Petitioner may discharge this Order by filing an Opposition to the Motion to Dismiss and a Reply in support of his Motion for a Stay, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-0643-JWH (AS) | Date | February 11, 2026 |
|---|---|---|---|
| Title | *Albert Sandoval v. F. Guzman, Warden* | | |

**Petitioner is warned that the failure to timely file a response to this Order <u>will</u> result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey court orders. <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

0  :  00

Initials of Preparer  _____